## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Estvold Oilfield Services, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| The Hanover Insurance Group, Inc., and | ) | Case No. 1:17-cv-016 |
| PayneWest Insurance, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

On August 28, 2018, the court issued an order granting Defendant Hanover Insurance Group, Inc.'s motion for summary judgment, granting in part and denying in part Defendant PayneWest Insurance, Inc.'s ("PayneWest") motion for summary judgment, and denying Plaintiff Estvold Oilfield Services, Inc.'s ("Estvold") motions to reopen discovery and to allow the disclosure of a retained expert.

On August 31, 2018, counsel contacted the court to advise Estvold and PayneWest had agreed to mediation and to request that the final pretrial conference and trial be postponed. The court **GRANTS** the request. This case shall be held abeyance pending further order of the court. The final pretrial conference set for September 12, 2018, and the trial set for September 24, 2018, are cancelled with the understanding that they shall be rescheduled as necessary at a later date and time.

**IT IS SO ORDERED.**

Dated this 4th day of September, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court