# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Estvold Oilfield Services, Inc., | )<br>) |
| Plaintiff, | ) **ORDER**<br>) |
| vs. | )<br>) |
| The Hanover Insurance Group, Inc. and<br>PayneWest Insurance, Inc., | )<br>) Case No. 1:17-cv-016<br>) |
| Defendants. | ) |

Before the court is a Stipulation to Dismiss with Prejudice filed by Plaintiff Estvold Oilfield Services, Inc. ("Estvold") and Defendant PayneWest Insurance, Inc. ("PayneWest") on October 29, 2018. The court **ADOPTS** the stipulation (Doc. No. 109). Estvold's claims against PayneWest are **DISMISSED** with prejudice and with out costs, disbursements, or attorney's fees to any party.

**IT IS SO ORDERED.**

Dated this 30th day of October, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
